IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURA GENS, | CASE NO. 5:12-cv-05947 EJD |
| Plaintiff(s), | **ORDER REFERRING CASE TO JUDGE LUCY H. KOH FOR CONSIDERATION OF RELATED CASE STATUS** |
| v. | |
| CAL-WESTERN RECONVEYANCE CORP, et. al., | |
| Defendant(s). | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled action is referred to the Honorable Lucy H. Koh for a determination as to whether this case is related to <u>Gens v. Wachovia Mortgage Corporation</u>, Case No. 5:10-cv-01073 LHK, an action currently pending before Judge Koh.

**IT IS SO ORDERED.**

Dated: December 11, 2012

EDWARD J. DAVILA
United States District Judge